Joshua D. Cools, Esq. (SBN 11941)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
jcools@efsmmlaw.com
sarakawa@efsmmlaw.com

Christopher C. Yearout, Esq. (*Pro Hac Vice* forthcoming)
Mary Clark Logan, Esq. (*Pro Hac Vice* forthcoming)
**LIGHTFOOT, FRANKLIN & WHITE, LLC**
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: 205-581-0700
Facsimile: 205-581-0799
cyearout@lightfootlaw.com
mclogan@lightfootlaw.com

*Attorneys for Defendants TTI Consumer Power Tools, Inc., Techtronic Industries Factory Outlets, Inc., Ryobi Technologies, Inc., and Home Depot U.S.A. Inc.*

Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN W. LINDMARK and LAURA A. LINDMARK, individually and as husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY, an insurance company; HOME DEPOT U.S.A. INC.; RYOBI TECHNOLOGIES, INC. a foreign corporation; TTI CONSUMER POWER TOOLS, INC., a foreign corporation; TECHTRONIC INDUSTRIES FACTORY OUTLETS, INC., a foreign corporation; and DOES 1 through 20, individuals, partnerships, corporations, or other business or affiliated companies,<br><br>Defendants. | **CASE NO.: 3:26-cv-00652-MMD-CSD**<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**(FIRST REQUEST)** |

Plaintiffs Steven V. Lindmark and Sharon L. Lindmark, and Defendants CSAA General Insurance Company, Home Depot U.S.A. Inc., Ryobi Technologies, Inc., TTI Consumer Power Tools, Inc., and Techtronic Industries Factory Outlets, Inc. (collectively "the Parties"), by and through their respective counsel of records, hereby stipulate and agree as follows:

1. Pursuant to the Court's September 2, 2026 Order [ECF No. 9], the Case Management Conference is currently scheduled for October 20, 2026, at 10:00 A.M..

2. Pursuant to the same Order, the Parties' Joint Case Management Report and Propose Discovery Plan and Scheduling Order are currently due October 14, 2026.

3. The Parties have conferred and agree that a brief continuance of the Case Management Conference and associated deadlines are appropriate. Good cause exists for the requested continuance because the parties are continuing to evaluate issues relevant to case management and counsel for Home Depot U.S.A. Inc., Ryobi Technologies, Inc., TTI Consumer Power Tools, Inc., and Techtronic Industries Factory Outlets, Inc. is unable attend the Case Management Conference on October 20, 2026.

4. Accordingly, the Parties stipulate that the Case Management Conference currently scheduled for October 20, 2026, be continued to October 27, 2026 or such other time as is convenient for the Court.

5. The Parties further stipulate that the deadline to file the Joint Case Management Report and Proposed Discovery Plan and Scheduling Order to be continued from October 14, 2026 to October 21, 2026.

6. This is the first request to continue the Case Management Conference. This request is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated this 25th day of September 2026.

/ / /

/ / /

/ / /

/ / /

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Joshua D. Cools, Esq.*
Joshua D. Cools, Esq. (SBN 11941)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

**LIGHTFOOT, FRANKLIN & WHITE**
Christopher C. Yearout, Esq. (Pro Hac Vice forthcoming)
Mary Clark Logan, Esq. (Pro Hac Vice forthcoming)
The Clark Building
400 20th Street North
Birmingham, Alabama 35203

*Attorneys for Defendants TTI Consumer Power Tools, Inc., Techtronic Industries Factory Outlets, Inc., Ryobi Technologies, Inc., and Home Depot U.S.A. Inc.*

**LAW OFFICE OF NIK V. WALTERS**

*/s/ Nik V. Walters, Esq.*
Nik V. Walters, Esq. (SBN 1091)
65 Regency Way, Suite A
Reno, NV 89509

*Attorneys for Plaintiffs*

**THE CAVANAGH LAW FIRM, P.A.**

*/s/ William M. Demlong, Esq.*
William M. Demlong, Esq. (SBN 7674)
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

**MCKAY LAW FIRM CHTD.**
Pamela A. McKay (SBN 7812)
8440 West Lake Mead Blvd, Suite 112
Las Vegas, NV 89128

*Attorneys for Defendant CSAA General Insurance Company*

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference currently set for October 20, 2026 is continued. **A separate order will issue with the date and time and specifications for the continued conference.**

IT IS FURTHER ORDERED that the deadline for the Parties to file their Joint Case Management Report and Proposed Discovery Plan and Scheduling Order currently set for October 14, 2026 is continued to October 21, 2026.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2026

Case No.: 3:26-cv-00652-MMD-CSD